Mai CHAPPEL, Plaintiff–Appellant,

v.

Christina COOPOCK, Executive Mortgage Specialist of Wells Fargo Bank, Defendant–Appellee.

No. 13–1385.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 6, 2013.

Decided: Aug. 14, 2013.

Mai Chappel, Appellant Pro Se.

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mai Chappel appeals the district court's order dismissing this action pursuant to Fed.R.Civ.P. 41(a) for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chappel v. Coopock,* No. 3:13–cv–00084–JRS, 538 Fed.Appx. 253, 2013 WL 4082276 (E.D.Va. Mar. 5, 2013). We dispense with oral argument because the facts and legal contentions are

---

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Feb. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*